**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50263 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00713-DSF |
| v. | |
| HARRY MADERA, a.k.a. Boricua, a.k.a. Seal J, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted June 25, 2014[**]

Before:     HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

Harry Madera appeals from the district court's judgment and challenges the

130-month sentence imposed following his guilty-plea conviction for conspiracy to

distribute and possess with intent to distribute controlled substances, in violation of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

21 U.S.C. § 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Madera's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Madera the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Madera waived the right to appeal six specified issues related to his sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to any sentencing issue outside the scope of the appeal waiver.  We therefore affirm as to those issues.  We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

13-50263